UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

IN RE: )
MARK ANDREW VALENTINE and )
DEBORAH ANN VALENTINE, )  CASE NO. 09-10004-JAF
  ) CHAPTER 13
                  Debtors. )

## NOTICE OF OPPORTUNITY TO OBJECT AND FOR HEARING

Pursuant to Local Rule 2002-4, the Court will consider this objection without further notice or hearing unless a party in interest filed an objection within twenty-one (21) days from the date of service of this paper. If you object to the relief requested in this paper, you must file your objection with the Clerk of Court at 300 N. Hogan Street, Suite 3-350, Jacksonville, FL 32202-4267, and serve a copy on the movants' attorney, Bankruptcy Law Firm of Lansing J. Roy, P.A., Lansing J. Roy, Esquire, P.O. Box 10399, Jacksonville, FL 32247-0399, and any other persons.

If you file and serve an objection within the time permitted, the Court will schedule a hearing and you will be notified. If you do not file an objection within the time permitted, the Court will consider that you do not oppose the granting of relief requested in the paper, will proceed to consider the paper without further notice or hearing, and may grant the relief requested.

## MOTION FOR VALUATION OF CLAIM THREE
## FILED BY VYSTAR CREDIT UNION

**COME NOW** the Debtors, **Mark and Deborah Valentine**, by and through the undersigned counsel, pursuant to 11 U.S.C. Section 506 and Bankruptcy Rule 3012 and hereby petition this Court for determination of value of the Debtors' property. In support of said Motion, the Debtors would show unto the Court as follows:

1. This case was commenced by the filing of a voluntary petition for relief under Chapter 13 of Title 11 by the Debtors on November 25, 2009. An order for relief was entered.

2. Vystar Credit Union was listed in the Debtors Schedules as having security in a 2006 Chevrolet Colorado.

3. The amount owing to Vystar Credit Union at the time of the filing of the petition was $10,913.56 with a secured claim amount of $10,913.56.

4. The Debtors scheduled the 2006 Chevrolet Colorado as having a value of $6,500.00 in the Chapter 13 Schedules.

5.  Vystar Credit Union's claim is secured only to the extent of the value of the 2006 Chevrolet Colorado.

WHEREFORE, Debtors, **Mark and Deborah Valentine**, hereby petition this Court to value the above described property and determine the amount of the secured claim, and for such other and further relief as this Court deems just and equitable.

                        BANKRUPTCY LAW FIRM OF
                        LANSING J. ROY, P.A.

                        Lansing J. Roy, Esquire
                        Florida Bar No. 120716
                        **Christopher R. DeMetros, Esquire**
                        Florida Bar No. 0863467
                        **Kevin B. Paysinger, Esquire**
                        Florida Bar No. 0056742
                        Attorney for Debtors
                        PO Box 10399
                        Jacksonville, FL   32247-0399
                        (904) 391-0030

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

IN RE:                                             )
MARK ANDREW VALENTINE and                          )
DEBORAH ANN VALENTINE,                             )   CASE NO. 09-10004-JAF
                                                   )   CHAPTER 13
                   Debtors.                        )

### AFFIDAVIT ACCOMPANYING 506(a) MOTION

STATE OF FLORIDA )
                 :
COUNTY OF DUVAL )

BEFORE ME personally appeared Mark and Deborah Valentine, who, being first duly sworn, depose and say as follows:

1. This is a proceeding pursuant to 11 U.S.C. Section 506(a) to value certain property of the estate.

2. The property to be valued is a 2006 Chevrolet Colorado.

3. The property secures a loan to Vystar Credit Union.

4. At the time of filing of the bankruptcy petition, the debt to Vystar Credit Union on this loan was approximately $10,913.56.

5. We believe the fair market value of the property to be $6,500.00.

**FURTHER AFFIANTS SAYETH NOT.**

_____          _____
Mark Andrew Valentine                     Deborah Ann Valentine

Before me personally appeared **Mark and Deborah Valentine**, to me well known and/or known to me to be the persons described in and who executed the foregoing instrument, and acknowledged to and before me that they have executed said instrument for the purposes therein expressed.

WITNESS my hand and official seal this 12th day of January 2010

_____
Notary Public, State of Florida at Large

My Commission expires:



Notary Public State of Florida
Edward H Jones
My Commission DD829902
Expires 10/09/2012

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Motion for Valuation Pursuant to Section 506 and Affidavit in Support of Motion was furnished to the following parties on the 13th day of January 2010 by United States first-class mail or by electronic notification:

Sharon Hill
Vystar Credit Union
P.O. Box 45085
Jacksonville, FL 32232-9845
(Designated Agent at business address)

U. S. Trustee's Office
135 West Central Blvd, Suite 620
Orlando, FL 32801-2476

VyStar Credit Union
Attn: Terry R. West, CEO
P.O. Box 45085
Jacksonville, FL 32232-5085
(Designated officer at business address by certified mail)

Mark and Deborah Valentine
11143 Stoney Point Lane West
Jacksonville, FL 32257
(Debtors)

Douglas W. Neway
Chapter 13 Standing Trustee
PO Box 4308
Jacksonville, Florida 32201-4308
(by electronic notification)

BANKRUPTCY LAW FIRM OF
LANSING J. ROY, P.A.

Lansing J. Roy, Esquire
Florida Bar No. 120716
**Christopher R. DeMetros, Esquire**
Florida Bar No. 0863467
**Kevin B. Paysinger, Esquire**
Florida Bar No. 0056742
Attorney for Debtors
PO Box 10399
Jacksonville, FL  32247-0399
(904) 391-0030